# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:23-cr-14 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| KEDRICK DEONTAE BUSH | ) | Magistrate Judge Lee |

## ORDER

Magistrate Judge Susan K. Lee filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea as to Count One, Count Three, Count Four, Count Five, Count Six, Count Nine, Count Ten, and Count Eleven of the eleven-count Indictment; (2) accept Defendant's guilty plea as to Count One, Count Three, Count Four, Count Five, Count Six, Count Nine, Count Ten, and Count Eleven; (3) adjudicate the Defendant guilty of Count One, Count Three, Count Four, Count Five, Count Six, Count Nine, Count Ten, and Count Eleven; (4) defer a decision on whether to accept the amended plea agreement [Doc. 43] until sentencing; and (5) order that Defendant remain in custody until sentencing in this matter [Doc. 45]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 45] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea as to Count One, Count Three, Count Four, Count Five, Count Six, Count Nine, Count Ten, and Count Eleven of the Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count One, Count Three, Count Four, Count Five, Count Six, Count Nine, Count Ten, and Count Eleven is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Count One, Count Three, Count Four, Count Five, Count Six, Count Nine, Count Ten, and Count Eleven;

4. A decision on whether to accept the amended plea agreement is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** in custody until sentencing in this matter, which is scheduled to take place on **July 25, 2024, at 10:00 a.m. [EASTERN]** before the undersigned.

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**